IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 24-cr-200 (TNM) |
| v. | 18 U.S.C § 111(a)(1) |
| DAVID PAUL DANIEL, | |
| Defendant. | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, David Daniel, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department (MPD) were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. The defendant, David Daniel, travelled to Washington, D.C. to attend the "Stop the Steal" rally and election-related events occurring in Washington, D.C., on January 6, 2021.

9. Following the approximately 2:12 p.m. initial breach of the Capitol doorway known as the Senate Wing Door, U.S. Capitol Police officers, around approximately 2:27 p.m., were able to stop the influx of rioters from that doorway. To secure the area, the officers, among other efforts, placed heavy wooden structures in front of the Senate Wing Door and nearby windows.

10. At approximately 2:42 p.m., a rioter succeeded in breaking open the Senate Wing Door, but further entry was blocked by one of the heavy wooden structures placed in front of the door like a barricade. At approximately 2:46 p.m., Daniel moved to the front of the crowd—directly in front of that barricade.

11. Approximately one minute later, Daniel and another rioter to his right thrust their arms into and forcefully pushed the barricade into the officers standing on the other side. As the crowd swarmed behind Daniel to support the push, officers attempted to keep the heavy wooden barricade in place. Approximately one minute later, rioters succeeded in overwhelming the officers and swarmed into the Senate Wing Door hallway.

12. At approximately 2:49 p.m., Daniel climbed over a pile of wooden structures to exit the Senate Wing Door area through a broken window.

13. At approximately 2:59 p.m., Daniel re-entered the Capitol through another broken window next to the Senate Wing Door. He spent several moments walking around the perimeter of the area just inside the Senate Wing Door. Daniel then walked south down a corridor, through the Small House Rotunda, and, at approximately 3:01 p.m., entered the Capitol Crypt. After a few moments, Daniel walked back north to the Senate Wing Door, where, at approximately 3:04 p.m., he eventually exited the building through a broken window.

### *Elements of the Offense*

14. The parties agree that Assaulting, Resisting, or Impeding Officers, in violation of 18 U.S.C. § 111(a)(1) requires the following elements:

   a. First, the defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with officers from the U.S. Capitol Police.

   b. Second, the defendant did such acts forcibly.

   c. Third, the defendant did such acts voluntarily and intentionally.

   d. Fourth, the officer or officers who were assaulted resisted, opposed, impeded, intimidated, or interfered with were officers or employees of the United States who were then engaged in the performance of their official duties or assisting officers

of the United States who were then engaged in the performance of their official duties.

e. Fifth, the offense involved physical contact with the victim or the intent to commit another felony.

*Defendant's Acknowledgments*

15. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that in forcefully pushing a barricade into a line of U.S. Capitol Police officers at approximately 2:47 p.m., he forcibly assaulted, resisted, opposed, intimidated, impeded, and interfered with members of the U.S. Capitol Police who were engaged in the performance of their official duties. The defendant also admits that he did so with the intent to commit another felony, namely, a violation of the civil disorder statute, 18 U.S.C. § 231(a)(3), and that he made physical contact with the officers.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Nathaniel K. Whitesel
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759

## DEFENDANT'S ACKNOWLEDGMENT

I, David Daniel, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: ___11/13/2024___

David Daniel
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: ___11/13/2024___

William Terpenin
Attorney for Defendant